UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LuAnn Stewart,

Plaintiff,

vs.

Presbyterian Homes and Services, a Minnesota non-profit corporation, and its subsidiary Presbyterian Homes on Lake Minnetonka, and George Obara, Individually,

Defendant.

**Court File No. 00-CV-2652 DSD/JMM**

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED, by and between the parties hereto, that the time for Defendant Presbyterian Homes and Services' to Answer or to otherwise respond to Plaintiff's Complaint is hereby extended to January 31, 2001.

Dated: 1/2/2001

NICHOLS KASTER & ANDERSON

By ______________________
Donald H. Nichols, # 78918
4644 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
(612) 338-1919

ATTORNEYS FOR PLAINTIFF

JAN 09 2001

Dated: 1/5/2001

FELHABER, LARSON, FENLON & VOGT, P.A.

By ____________________________

David L. Hashmall, # 138162
601 Second Avenue South, Suite 4200
Minneapolis, Minnesota 55402-4302
(612) 339-6321

ATTORNEYS FOR DEFENDANT
PRESBYTERIAN HOMES AND SERVICES, A
MINNESOTA NON-PROFIT CORPORATION,
AND ITS SUBSIDIARY PRESBYTERIAN HOMES
ON LAKE MINNETONKA

IT IS SO ORDERED.

Dated: 1/9/01

____________________________

The Honorable John M. Mason
Magistrate Judge, United States District Court