UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2652(DSD/JMM)

Luann Stewart,

Plaintiff,

v.

**ORDER OF REFERENCE**

Presbyterian Homes and Services, et al.,

Defendants.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law on the motion to dismiss which may be filed in this matter. Any such motion shall be noticed for hearing before Magistrate Judge John M. Mason.

Dated: January 16, 2001

David S. Doty, Judge
United States District Court

FILED 1-17-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ______