UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LUANN STEWART, CIVIL NO. 00-2652 (DSD/JMM)

Plaintiff,

v. ORDER/NOTICE OF HEARING

PRESBYTERIAN HOMES AND SERVICES and GEORGE OBARA,

Defendants.

By Order dated January 16, 2001 [Docket No. 3], the District Court referred all Motions to Dismiss in this matter to the undersigned. By letter dated February 20, 2001, the Parties advised the undersigned of their agreed upon briefing schedule.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Defendant Presbyterian Homes and Services' Memorandum in Support of its Motion to Dismiss shall be served and filed no later than March 2, 2001;

2. Plaintiff's Memorandum in Opposition to the Motion to Dismiss shall be served and filed no later than March 22, 2001;

3. Defendant Presbyterian Homes and Services' Reply Memorandum shall be served and filed no later than March 29, 2001; and

4. Oral argument is scheduled before the undersigned on April 18, 2001 at 10:00 a.m. in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota.

Dated: February 21, 2001

JOHN M. MASON
United States Magistrate Judge

FEB 22 2001