**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LuAnn Stewart,

Plaintiff,

vs.

Presbyterian Homes and Services, a Minnesota non-profit corporation, and its subsidiary Presbyterian Homes on Lake Minnetonka, and George Obara, Individually,

Defendant.

**Court File No. 00-CV-2652 DSD/JMM**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties hereto, through their undersigned attorneys, that the above-captioned matter may be, and hereby is, dismissed in its entirety on the merits with prejudice, and without costs or disbursements to any party.

Dated: Aug. 27, 2001

NICHOLS KASTER & ANDERSON

By ______________________
Donald H. Nichols, Esq. (#78918)
Diane M. Odeen, Esq. (#284142)
4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 338-1919

ATTORNEYS FOR PLAINTIFF



MPLS 187953-1

FILED 9-12-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Dated: 9/10, 2001

FELHABER, LARSON, FENLON & VOGT, P.A.

By ______________________________

David L. Hashmall, # 138162
Katherine A. Jones, # 268598
601 Second Avenue South, Suite 4200
Minneapolis, Minnesota 55402-4302
(612) 339-6321

ATTORNEYS FOR DEFENDANTS PRESBYTERIAN HOMES AND SERVICES AND PRESBYTERIAN HOMES ON LAKE MINNETONKA

Dated: 8/29, 2001

BOYNTON LAW OFFICES

By ______________________________

Steven E. Boynton, Esq. (#218492)
Jonathan D. Miller, Esq.
12201 Champlin Drive
Champlin, Minnesota 55316
(763) 323-1112

ATTORNEYS FOR DEFENDANT GEORGE OBARA

IT IS SO ORDERED.

BY THE COURT:

9/12/01

______________________________
The Honorable David S. Doty
Senior Judge, United States District Court



MPLS 187953-1

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.


700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500